IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

KEVIN E. HARDAWAY,               )
                                 )
          Plaintiff,             )
                                 )
    v.                           )          CV 325-106
                                 )
JOHNSON STATE PRISON; WARDEN     )
MESSER; WARDEN BRAGG; and        )
TIFFANY WADLEY,                  )
                                 )
          Defendants.            )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this **25** day of March, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE